

# NUMBER 13-25-00371-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EDWARD MECHELL,                                                                      Appellant,

v.

DISCOVER BANK,                                                                        Appellee.

## ON APPEAL FROM THE 117TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and West
### Memorandum Opinion by Justice West

This cause is before the Court on its own motion. On July 21, 2025, appellant filed a notice of appeal. The clerk's record was originally due on September 9, 2025. On September 10, 2025, the Clerk of the Court notified appellant that the deputy district clerk, Silva Mata, had notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was further notified that unless he made

arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has failed to respond or otherwise provide the requested documentation.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

JON WEST
Justice

Delivered and filed on the
4th day of December, 2025.